IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN GWIAZDA,

    Petitioner,

v.

WARDEN (FNU) NEWMAN,
FCI MCKEAN,

    Respondent.

ORDER

Case No. 25-cv-553-wmc

    Petitioner Steven Gwiazda seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 22, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 31, 2024 through the date of the petition, June 30, 2025.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Steven Gwiazda may have until July 22, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.	If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 22, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 1st day of July, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge